GENEVIEVE RADFORD *v.* JAMES H. MORRIS *v.*
WILFRED A. RADFORD.

No. 4837.

AUGUST 11, 1970.

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON, JJ., AND
CIRCUIT JUDGE WONG IN PLACE OF
KOBAYASHI, J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing is denied without argument.

*Wallace S. Fujiyama* (*Chuck & Fujiyama* of counsel) for the petition.